IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL SCOTT CASH,

    Plaintiff,                                  No. CIV S-10-1082 EFB P

    vs.

DOROTHY A. SWINGLE, et al.,

    Defendants.                     ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's May 3, 2010 motion for appointment of counsel is denied.

DATED: May 11, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE