IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL SCOTT CASH,

    Plaintiff,                    No. CIV S-10-1082 EFB P

    vs.

DOROTHY A. SWINGLE, et al.,

    Defendants.          ORDER

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      By order filed August 26, 2010, the court found that plaintiff had stated a cognizable Eighth Amendment claim against defendants Miranda, Nepomuceno, Swingle, and Walker, and informed plaintiff he could proceed against those defendants on an Eighth Amendment claim only or file an amended complaint to attempt to state additional cognizable claims against defendant Walker for violation of plaintiff's right of access to courts and due process. The court also informed plaintiff that it would consider plaintiff's decision to proceed only as to the Eighth Amendment claim against defendants Miranda, Nepomuceno, Swingle, and Walker as consent to

1

the dismissal of his due process and right of access claims claim against defendant Walker.  On September 15, 2010, plaintiff returned documents for service against defendants Miranda, Nepomuceno, Swingle, and Walker, electing not to file an amended complaint to attempt to state cognizable right of access and due process claims against defendant Walker.

Accordingly, IT IS HEREBY ORDERED that plaintiff's right of access and due process claims against defendant Walker are dismissed without prejudice.

Dated:  October 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE