IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL SCOTT CASH,

      Plaintiff,                       No. CIV S-10-1082 EFB P

      vs.

DOROTHY A. SWINGLE, et al.,

      Defendants.          ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 1, 2011, defendants submitted a motion to conduct plaintiff's deposition via videoconference, in order to avoid travel expenditures that would be incurred if defense counsel were required to travel to plaintiff's place of incarceration. *See* Fed. R. Civ. P. 30(b)(4) (providing that, on motion, the court may order that a deposition be taken by remote means). Plaintiff has filed no opposition to the request.

      Good cause appearing, it is ORDERED that defendant's request to take plaintiff's deposition by videoconference is granted.

DATED: February 28, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE