IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL SCOTT CASH,

     Plaintiff,                    No. CIV S-10-1082 EFB P

     vs.

DOROTHY A. SWINGLE, et al.,

     Defendants.             ORDER

_____/

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He seeks an extension of the discovery deadline and sanctions against defendants. Dckt. Nos. 25 & 29.

     Defendants have sought and been granted two extensions of time to prepare responses to plaintiff's discovery requests due to the illness and hospitalization of defense counsel. Plaintiff takes issue with these extensions of time, contending that they are creating undue delay and asks the court to "sanction the defendants by compelling them to respond to [plaintiff's] interrogatories forthwith without further delay." Dckt. No. 29 at 2. The court has no reason to disbelieve defense counsel's representations, under oath, that additional time to respond to plaintiff's discovery has been necessitated by defense counsel Hung's illness. Accordingly, plaintiff's motion for sanctions or for a court order compelling an immediate response is denied.

1

1    Because the extensions of time have consumed some of the time provided for in the
2  discovery and scheduling order for requesting discovery and filing motions to compel, the court
3  will modify the discovery and scheduling order to provide additional time for those purposes,
4  below.
5    Accordingly, it is hereby ordered that:
6    1.  Plaintiff's request for sanctions (Docket No. 29) is denied; and
7    2.  Plaintiff's motion for modification of the scheduling order (Docket No. 25) is granted,
8  and the parties may conduct discovery until June 6, 2011. Any motions necessary to
9  compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R. Civ.
10 P. 31, 33, 34, or 36 shall be served not later than May 13, 2011.
11 DATED:  April 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE