IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL SCOTT CASH,

    Plaintiff,                       No. CIV S-10-1082 EFB P

    vs.

DOROTHY A. SWINGLE, et al.,

    Defendants.               ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants request modification of the scheduling order to extend the dispositive motion deadline to September 19, 2011. *See* Fed. R. Civ. P. 16(b).

    For good cause shown, defendants' August 3, 2011 request is granted and the parties shall have up to and including September 19, 2011 to file and serve dispositive motions.

    So ordered.

Dated: August 9, 2011.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE