IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL SCOTT CASH,

    Plaintiff,                    No. 2:10-cv-1082 WBS EFB P

    vs.

DOROTHY A. SWINGLE, et al.,

    Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed a document entitled, "Plaintiff's Declaration - Disposition of the Case." Dckt. No. 65. In this filing, plaintiff states that he is unable to "meet the burden of proof under 42 U.S.C. § 1983," and that "this matter, as a matter of law, should be dismissed." *Id.* at 2. The court construes plaintiff's filing as a notice of voluntary dismissal. Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without prejudice, and without a court order, by filing:

    (I)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    (ii)    a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Before plaintiff filed the notice of voluntary dismissal, defendants

1

filed an answer to the complaint and a motion for summary judgment.  Dckt. Nos. 19, 36.  Therefore, this action cannot be dismissed pursuant to Rule 41(a)(1)(A)(I).  However, defendants may choose to stipulate to dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).  Should defendants decline to stipulate as such, the court may dismiss this action based on plaintiff's request, "on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).

    Accordingly, it is ORDERED that within 14 days of the date of this order, defendants may file and serve a document stipulating to dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii).  In the event defendants so stipulate, the court will construe the parties' filings as a stipulation for voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).

DATED:  June 18, 2013.

                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE