IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL SCOTT CASH,

        Plaintiff,                No. 2:10-cv-1082 WBS EFB P

    vs.

DOROTHY A. SWINGLE, et al.,

        Defendants.        <u>ORDER</u>

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed a document entitled, "Plaintiff's Declaration - Disposition of the Case." Dckt. No. 65. In this filing, plaintiff states that he is unable to "meet the burden of proof under 42 U.S.C. § 1983," and that "this matter, as a matter of law, should be dismissed." *Id.* at 2. The court construes plaintiff's filing as a notice of voluntary dismissal. Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without prejudice, and without a court order, by filing:

    (I)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    (ii)   a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Before plaintiff filed the notice of voluntary dismissal, defendants

1

1 filed an answer to the complaint and a motion for summary judgment. Dckt. Nos. 19, 36.
2 Therefore, this action cannot be dismissed pursuant to Rule 41(a)(1)(A)(I). However, defendants
3 may choose to stipulate to dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii). Should
4 defendants decline to stipulate as such, the court may dismiss this action based on plaintiff's
5 request, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

6     Accordingly, it is ORDERED that within 14 days of the date of this order, defendants
7 may file and serve a document stipulating to dismissal of this action without prejudice pursuant
8 to Rule 41(a)(1)(A)(ii). In the event defendants so stipulate, the court will construe the parties'
9 filings as a stipulation for voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).
10 DATED: June 18, 2013.

                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE